COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Q'Max America. Inc., d/b/a Q' Max America Solutions, Inc., d/b/a
                          Q'Max Solutions, d/b/a Q'Max Solutions, Inc. v. Screen Logix, LLC

Appellate case number:    01-15-00319-CV

Trial court case number:  2015-05002

Trial court:              125th District Court of Harris County

The court reporter's request for an extension to file the record is **GRANTED, IN PART**. The court reporter's record is due **within 7 days** of the date of this order, with **no further extensions**.

This is an accelerated appeal from an order granting a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE § 51.04(a)(4) (West 2015). Therefore, the court reporter's record was originally due ten (10) days from the date of the notice of appeal, which was filed on April 1, 2015. *See* TEX. R. APP. P. 35.1(b).

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                          ☑ Acting individually    ☐ Acting for the Court


Date: April 16, 2015